Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2533 | **DATE** | 8/30/2000 |
| **CASE TITLE** | Vincent Curtis Watkins vs. Officer Khamu, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff's motion to add another defendant is denied. (13-1) Plaintiff's motion for appointment of counsel is granted. (16-1, 17-1) Accordingly this member of the District Court's trial bar is appointed to represent Watkins: Margaret E. Schneider, Bruce Farrel Dorn & Assoc. 120 N. LaSalle St., 19th Floor, Chicago, IL 60602 312-683-3071.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | SEP - 5 2000 | |
| | Notified counsel by telephone. | | date docketed | 18 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | ED-7 FILED FOR DOCKETING | | |
| | Copy to judge/magistrate judge. | 00 AUG 30 PM 4: 06 | 8/30/2000 date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

VINCENT CURTIS WATKINS,   )
                          )
            Plaintiff,    )
                          )
      v.                  )   No. 00 C 2533
                          )
OFFICER KHAMU, et al.,    )
                          )
            Defendants.   )

**DOCKETED**

**SEP - 5 2000**

## MEMORANDUM OPINION AND ORDER

Pro se plaintiff Vincent Curtis Watkins ("Watkins"), having previously surmounted the initial procedural hurdles for asserting his 42 U.S.C. §1983 ("Section 1983") action against three defendants stemming from a June 26, 1998 occurrence at the Cook County Jail, where he was then a pretrial detainee,[1] has now filed two motions:

   1. to amend the Complaint to add another defendant; and

   2. to have pro bono counsel appointed to represent him.

For the reasons stated here, the first motion is denied and the second is granted.

As for any such possible amendment of the Complaint, that is foreclosed by the passage of time beyond the two-year limitations period that applies to all Illinois-based Section 1983 actions.

---

   [1] At this point the case is at issue, all three defendants having filed answers to Watkins' Complaint.



Naming a new defendant at this point is no different from now filing a new complaint against that added party, and Fed. R. Civ. P. 15(c) would not operate to cause any such new pleading to relate back to the date of the original Complaint (which was timely asserted as to the three present defendants). Because any prospective added defendant would thus be dismissed on limitations grounds as soon as he was brought into the case, it would be pointless to add such a new defendant to begin with.

As for the appointment of counsel, however, Watkins has shown that he qualifies both financially and by reason of his unsuccessful efforts to retain counsel on his own. This Court has frequently remarked that defense counsel and the court, as well as the prisoner plaintiff, are better served by having a professional rather than an untutored lay plaintiff advance and pursue a facially plausible constitutional claim. Accordingly this member of the District Court's trial bar is appointed to represent Watkins:

>Margaret E. Schneider
>Bruce Farrell Dorn & Associates
>120 North LaSalle Street - 19th Floor
>Chicago IL 60602
>(312) 683-3071

                                    _____
                                    Milton I. Shadur
                                    Senior United States District Judge

Date: August 30, 2000